■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT DAVIS, Appellant. [50 NYS3d 309]—Appeal by the defendant from an amended judgment of the County Court, Orange County (De Rosa, J.), rendered April 15, 2016, revoking a sentence of probation previously imposed by the same court, upon a finding that he violated a condition thereof, upon his admission, and imposing a term of imprisonment upon his previous conviction of attempted burglary in the third degree.

Ordered that the amended judgment is affirmed.

Contrary to the People's contention, the defendant's purported waiver of his right to appeal was invalid and, thus, does not preclude review of his excessive sentence claim (*see People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Brown*, 122 AD3d 133, 141 [2014]). However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Rivera, J.P., Roman, Miller and Duffy, JJ., concur.